Lewis N. Gilpin, plaintiff in error, v. Chicago Hospital College of Medicine, defendant in error. Gen. No. 25,004.

Action to recover school tuition paid for a certain year. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon.

John R. Newcomer, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Affirmed. Opinion filed March 9, 1920.

Douglas & Pollard, for plaintiff in error. James Nicholas Lorenz, for defendant in error.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

Mr. Presiding Justice Matchett delivered the opinion of the court.